O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 03-2950 AHM (CTx) | Date | May 3, 2010 |
|---|---|---|---|
| Title | RICHARD J. GAGNON, *et al.* v. IMREX, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

     The Court DENIES without prejudice Plaintiff Richard Gagnon's amended motion to substitute American Guarantee & Liability Insurance Company for Richard Gagnon as party in interest in the judgment in this matter.[1]  In any renewed motion, Plaintiff shall include a copy of the assignment—which Plaintiff represents has been lodged with the Court but has not been so lodged—and shall include a declaration indicating that the motion has properly been served on Defendants in conformity with Fed. R. Civ. P. 25(c).

     No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 21.